IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| JAMES ARMSTRONG, | |
| Plaintiff, | |
| v. | Civ. No. 18-00326 ACK-WRP |
| HAWAIIAN AIRLINES, INC., et al., | |
| Defendants. | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF JAMES ARMSTRONG'S BILL OF COSTS AND TO GRANT IN PART AND DENY IN PART PLAINTIFF'S AMENDED BILL OF COSTS

Findings and Recommendation having been filed and served on all parties on January 14, 2020, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation To Deny Plaintiff James Armstrong's Bill of Costs and To Grant In Part and Deny in Part Plaintiff's Amended Bill of Costs" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawai`i, January 31, 2020.



_____
Alan C. Kay
Sr. United States District Judge

Armstrong v. Hawaiian Airlines, Inc., et al., Civ. No. 18-00326-ACK-WRP, Order Adopting Magistrate Judge's Findings and Recommendation to Deny Plaintiff James Armstrong's Bill of Costs and to Grant in Part and Deny in Part Plaintiff's Amended Bill of Costs